UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                    :        CASE NO 06-10199
                                                   CHAPTER 13

LOIS J. KASZA
                                          :        JUDGE BURTON PERLMAN

        DEBTOR
                                          :        NOTICE OF TRANSMITTAL OF
                                                   UNCLAIMED FUNDS

        Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the
Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

        The Trustee has made numerous attempts to contact the creditor.  Final Report has been filed in
this case.  These Funds are now unclaimed.

| Check No. | Amount |
|-----------|--------|
| 916632    | $20.21 |

Creditor(s)
AFNI/Verizon
404 Brock Drive
Bloomington, IL 61701

                                            Respectfully submitted,


                                    /s/     Margaret A. Burks, Esq.
                                            Margaret A. Burks, Esq.
                                            Chapter 13 Trustee
                                            Attorney No. OH 0030377

                                            Francis J. DiCesare, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0038798

                                            Karolina F. Perr, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0066193

                                            600 Vine Street, Suite 2200
                                            Cincinnati, OH 45202
                                            (513) 621-4488
                                            (513) 621 2643 (Facsimile)
                                            mburks@cinn13.org - Correspondence only
                                            fdicesare@cinn13.org
                                            kperr@cinn13.org
                                            cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Creditor

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

/s/    Margaret A. Burks, Esq.
Margaret A. Burks, Esq.


AFNI/Verizon
404 Brock Drive
Bloomington, IL 61701

Debtor(s) Counsel
R. DEAN SNYDER, ESQ.
5127 PLEASANT AVENUE
FAIRFIELD, OH  45014


Debtor(s)
LOIS J. KASZA
4447 TRANSUE DRIVE
ZEPHYRHILLS, FL  33542-7352

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)