UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 06-10199 |
| | | CHAPTER 13 |
| LOIS J. KASZA | | |
| | : | JUDGE BURTON PERLMAN |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 916633 | $71.26 |

Creditor(s)
AFNI/Verizon
404 Brock Drive
Bloomington, IL 61701


                                      Respectfully submitted,

                             /s/    Margaret A. Burks, Esq.
                                      Margaret A. Burks, Esq.
                                      Chapter 13 Trustee
                                      Attorney No. OH 0030377

                                      Francis J. DiCesare, Esq.
                                      Staff Attorney
                                      Attorney No. OH 0038798

                                      Karolina F. Perr, Esq.
                                      Staff Attorney
                                      Attorney No. OH 0066193

                                      600 Vine Street, Suite 2200
                                      Cincinnati, OH 45202
                                      (513) 621-4488
                                      (513) 621 2643 (Facsimile)
                                      mburks@cinn13.org - Correspondence only
                                      fdicesare@cinn13.org
                                      kperr@cinn13.org
                                      cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, March 24, 2010.

                                               /s/     Margaret A. Burks, Esq.
                                                       Margaret A. Burks, Esq.

| | |
|---|---|
| AFNI/Verizon<br>404 Brock Drive<br>Bloomington, IL 61701 | Debtor(s) Counsel<br>R. DEAN SNYDER, ESQ.<br>5127 PLEASANT AVENUE<br>FAIRFIELD, OH  45014 |
| Debtor(s)<br>LOIS J. KASZA<br>4447 TRANSUE DRIVE<br>ZEPHYRHILLS, FL  33542-7352 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |